## CERTIFICATE OF SERVICE

I, Michele M. Springer, an attorney, on oath state that I caused to be served this Notice of Final Report by mailing and/or electronically serving where available a copy to all parties shown and depositing same in the U.S. Mail at 400 S. County Farm Road, Illinois before 5:45 p.m. on **March 26, 2015** with proper postage prepaid.

Service List

Francis J. Pendergast, III
Crowley & Lamb
221 N. LaSalle Street
Suite 1550
Chicago, IL 60601-1206

Raymond J Ostler
Gomberg Sharfman Gold Et Al
208 S Lasalle St Ste 1200
Chicago, IL 60604

Maria Georgopoulos
Codilis and Associates
15W030 N Frontage Rd
Burr Ridge, IL 60527

Resurgent Capital Services
c/o Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527-6921

BMO Harris Bank NA
Attn: Francis J Pendergast
Crowley & Lamb
221 N. LaSalle Street, Suite 1550
Chicago, IL 60601-1224

Cap One
26525 N Riverwoods Blvd
Mettawa, IL 60045-3440

Chase Manhattan Mtge
Po Box 24696
Columbus, OH 43224-0696

Codilis & Associates, P.C.
15W030 N. Frontage Road
Suite 100
Burr Ridge, IL 60527-6921

Federal Home Loan Mortgage Corp.
8200 Jones Branch Drive
Mc Lean, VA 22102-3107

Gecrb/Jcp
Po Box 984100
El Paso, TX 79998

Gomberg, Sharman, Gold and Ostler
208 S. LaSalle Street
Suite 1410
Chicago, IL 60604-1071

BMO Harris Bank, NA
111 W. Monroe
Chicago, IL 60603-4095

Resurgent Capital Services, LP
c/o Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527-6921

BMO Harris Bank, N.A.
Attn: Crowley & Lamb
221 N. LaSalle Street, Suite 1550
Chicago, IL 60601-1224

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Chase-Pier
Po Box 15298
Wilmington, DE 19850-5298

Comenity Bank/Clark
Po Box 182789
Columbus, OH 43218-2789

Crowley & Lamb, P.C.
221 N. LaSalle Street
Suite 1550
Chicago, IL 60601-1224

Gecrb/Ace Hardware
Po Box 981439
El Paso, TX 79998-1439

Gecrb/Sams Club De
Po Box 965005
Orlando, FL 32896-5005

Harris Bank NA
111 W. Monroe
Chicago, IL 60603-4095

MB Finanical Bank, NA
6111 N. River Road
Rosemont, IL 60018-5111

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Chase
Po Box 15298
Wilmington, DE 19850-5298

Citi
Po Box 6241
Sioux Falls, SD 57117-6241

Consecofin
345 St Peter/900 Landmk
Saint Paul, MN 55102

Enhanced Recovery Company, LLC
8014 Bayberry Road
Jacksonville, FL 32256-7412

Gecrb/Empire
Po Box 981439
El Paso, TX 79998-1439

Gecrb/Syms
Po Box 981439
El Paso, TX 79998-1439

Hsbc/Bsbuy
Po Box 5253
Carol Stream, IL 60197-5253

Service List

| | | |
|---|---|---|
| Kohls/Capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 | Marquette National Ban<br>6316 S Western Ave<br>Chicago, IL 60636-2491 | Mb Financial Bank<br>6111 N River Rd<br>Rosemont, IL 60018-5III |
| Nationwide Credit & Co<br>815 Commerce Dr Ste 100<br>Oak Brook, IL 60523-8839 | Oakbrookbk<br>2021 Spring Rd<br>Oak Brook, IL 60523-1813 | Residential Credit Slt<br>4282 North Fwy<br>Fort Worth, TX 76137-5021 |
| Resurgent<br>Po Box 10584<br>Greenville, SC 29603-0584 | Rnb-Fields3<br>Po Box 9475<br>Minneapolis, MN 55440-9475 | Sears/Cbna<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 |
| Sears/Cbna<br>Po Box 6282<br>Sioux Falls, SD 57117-6282 | Shorebank<br>7936 S Cottage Grove Ave<br>Chicago, IL 60619-3911 | THR Properties<br>c/o Frank A. Marco<br>2 N. LaSalle Street, Ste. 1650<br>Chicago, IL 60602-4035 |
| Thd/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Urban Partnership Bank<br>7054 S Jeffery Blvd<br>Chicago, IL 60649-2095 | Arthur Czaja<br>Law Office of Arthur C. Czaja<br>7521 N. Milwaukee Avenue<br>Niles, IL 60714-3621 |
| Carole Watson<br>4N064 Wood Dale Road<br>Addison, IL 60101-2964 | David R Brown ESQ<br>Springer Brown, LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187-4547 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Richard Watson<br>4N064 Wood Dale Road<br>Addison, IL 60101-2964 | Cap One<br>Po Box 85520<br>Richmond, VA 23285 | (d)Fia Csna<br>Po Box 982235<br>El Paso, TX 79998 |
| Bank Of America, N.A.<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | Credit First N A<br>6275 Eastland Rd<br>Brookpark, OH 44142-1399 | |