## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
 §
Richard Watson § Case No. 13-18382
Carole Watson §
 §
 §
Debtor(s) §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the Trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 4/17/2015 in Courtroom 240,

Old Kane County Courthouse
100 S. Third Street
Geneva, Illinois 60134

If no objections are filed, upon entry of an Order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further Order of the Court.

Date Mailed: _____        By: _____

*DAVID R. BROWN*
*Springer Brown, LLC*
*400 South County Farm Road*
*Suite 330*
*Wheaton, IL  60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Richard Watson § Case No. 13-18382
Carole Watson §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 11,550.00 |
| and approved disbursements of | $ | 248.42 |
| leaving a balance on hand of[1] | $ | 11,301.58 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DAVID R. BROWN | $ 1,905.00 | $ 0.00 | $ 1,905.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,905.00 |
| Remaining Balance | $ 9,396.58 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 549,734.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Bmo Harris Bank Na | $ 549,734.78 | $ 0.00 | $ 9,396.58 |
| 2 | Bmo Harris Bank Na | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 9,396.58 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown
$\qquad$ Trustee

*DAVID R. BROWN*
*Springer Brown, LLC*
*400 South County Farm Road*
*Suite 330*
*Wheaton, IL  60187*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 13-18382-DRC
Richard Watson                                                  Chapter 7
Carole Watson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams          Page 1 of 3          Date Rcvd: Mar 27, 2015
                              Form ID: pdf006          Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2015.
```
db          #+Richard Watson,    4N064 Wood Dale Road,    Addison, IL 60101-2964
jdb          +Carole Watson,    4N064 Wood Dale Road,    Addison, IL 60101-2964
aty          +Springer Brown, LLC,    Wheaton Executive Center,    400 S. County Farm Road,   Ste. 330,
               Wheaton, IL 60187-4547
20422575   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America, N.A.,     4161 Piedmont Pkwy,   Greensboro, NC 27410)
23023175    +BMO Harris Bank NA,    111 W. Monroe,    Chicago, IL 60603-4095
20890670    +BMO Harris Bank NA,    Attn: Francis J Pendergast,    Crowley & Lamb,
               221 N. LaSalle Street, Suite 1550,    Chicago, IL 60601-1224
20422580    +BMO Harris Bank, N.A.,    Attn: Crowley & Lamb,   221 N. LaSalle Street, Suite 1550,
               Chicago, IL 60601-1224
20422581   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,   Richmond, VA 23285)
20422582    +Cap One,   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
20422583    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
20422588    +Chase Manhattan Mtge,    Po Box 24696,    Columbus, OH 43224-0696
20422589    +Chase-Pier,   Po Box 15298,    Wilmington, DE 19850-5298
20422590    +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
20422591    +Codilis & Associates, P.C.,    15W030 N. Frontage Road,    Suite 100,   Burr Ridge, IL 60527-6921
20422593    +Comenity Bank/Clark,    Po Box 182789,    Columbus, OH 43218-2789
20422594     Consecofin,    345 St Peter/900 Landmk,    Saint Paul, MN 55102
20422596    +Credit First N A,    6275 Eastland Rd,    Brookpark, OH 44142-1399
20422597    +Crowley & Lamb, P.C.,    221 N. LaSalle Street,    Suite 1550,   Chicago, IL 60601-1224
20572740    +Federal Home Loan Mortgage Corp.,    8200 Jones Branch Drive,    Mc Lean, VA 22102-3107
20422605    +Gomberg, Sharman, Gold and Ostler,    208 S. LaSalle Street,    Suite 1410,
               Chicago, IL 60604-1071
23023096    +Harris Bank NA,    111 W. Monroe,    Chicago, IL 60603-4095
20422606    +Hsbc/Bsbuy,    Po Box 5253,    Carol Stream, IL 60197-5253
20422608    +Marquette National Ban,    6316 S Western Ave,    Chicago, IL 60636-2491
20422609    +Mb Financial Bank,    6111 N River Rd,    Rosemont, IL 60018-5111
20422614    +Oakbrookbk,    2021 Spring Rd,    Oak Brook, IL 60523-1813
20422615    +Residential Credit Slt,    4282 North Fwy,   Fort Worth, TX 76137-5021
20422623    +Rnb-Fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
20422624    +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
20422625    +Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
20422626    +Shorebank,    7936 S Cottage Grove Ave,    Chicago, IL 60619-3911
20422641    +THR Properties,    c/o Frank A. Marco,    2 N. LaSalle Street, Ste. 1650,
               Chicago, IL 60602-4035
20422640    +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
20422642    +Urban Partnership Bank,    7054 S Jeffery Blvd,    Chicago, IL 60649-2095
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20422598      E-mail/Text: bknotice@erccollections.com Mar 28 2015 01:38:59
               Enhanced Recovery Company, LLC,    8014 Bayberry Road,   Jacksonville, FL 32256-7412
20422600     +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2015 01:43:55     Gecrb/Ace Hardware,
               Po Box 981439,    El Paso, TX 79998-1439
20422601     +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2015 01:44:08     Gecrb/Empire,   Po Box 981439,
               El Paso, TX 79998-1439
20422602      E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2015 01:44:08     Gecrb/Jcp,   Po Box 984100,
               El Paso, TX 79998
20422603     +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2015 01:44:08     Gecrb/Sams Club Dc,
               Po Box 965005,    Orlando, FL 32896-5005
20422604     +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2015 01:44:08     Gecrb/Syms,   Po Box 981439,
               El Paso, TX 79998-1439
20422607     +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 28 2015 01:38:00      Kohls/Capone,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
20422618     +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 28 2015 01:44:11      Resurgent,
               Po Box 10584,    Greenville, SC 29603-0584
                                                                                                TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20422634       Shorebk
20422635       Shorebk
20422636       Shorebk
20422637       Shorebk
20422638       Shorebk
20422639       Shorebk
```

```
District/off: 0752-1           User: dwilliams              Page 2 of 3                   Date Rcvd: Mar 27, 2015
                               Form ID: pdf006              Total Noticed: 41

20422578*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bank Of America, N.A.,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
20422579*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bank Of America, N.A.,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
20422599*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Fia Csna,    Po Box 982235,    El Paso, TX 79998)
20422576*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bank Of America, N.A.,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
20422577*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bank Of America, N.A.,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
20422584*       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
20422585*       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
20422586*       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
20422587*       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
20422592*       +Codilis & Associates, P.C.,    15W030 N. Frontage Road,    Suite 100,    Burr Ridge, IL 60527-6921
20422595*        Consecofin,   345 St Peter/900 Landmk,    Saint Paul, MN 55102
23023173*       +Harris Bank, NA,    111 W. Monroe,    Chicago, IL 60603-4095
20422610*       +Mb Financial Bank,    6111 N River Rd,    Rosemont, IL 60018-5111
20422612*       +Nationwide Credit & Co,    815 Commerce Dr Ste 100,    Oak Brook, IL 60523-8839
20422613*       +Nationwide Credit & Co,    815 Commerce Dr Ste 100,    Oak Brook, IL 60523-8839
20422616*       +Residential Credit Slt,    4282 North Fwy,    Fort Worth, TX 76137-5021
20422617*       +Residential Credit Slt,    4282 North Fwy,    Fort Worth, TX 76137-5021
20422619*       +Resurgent,   Po Box 10584,    Greenville, SC 29603-0584
20422620*       +Resurgent,   Po Box 10584,    Greenville, SC 29603-0584
20422621*       +Resurgent,   Po Box 10584,    Greenville, SC 29603-0584
20422622*       +Resurgent,   Po Box 10584,    Greenville, SC 29603-0584
20422627*       +Shorebank,   7936 S Cottage Grove Ave,    Chicago, IL 60619-3911
20422628*       +Shorebank,   7936 S Cottage Grove Ave,    Chicago, IL 60619-3911
20422629*       +Shorebank,   7936 S Cottage Grove Ave,    Chicago, IL 60619-3911
20422630*       +Shorebank,   7936 S Cottage Grove Ave,    Chicago, IL 60619-3911
20422631*       +Shorebank,   7936 S Cottage Grove Ave,    Chicago, IL 60619-3911
20422632*       +Shorebank,   7936 S Cottage Grove Ave,    Chicago, IL 60619-3911
20422633*       +Shorebank,   7936 S Cottage Grove Ave,    Chicago, IL 60619-3911
20422643*       +Urban Partnership Bank,    7054 S Jeffery Blvd,    Chicago, IL 60649-2095
20422644*       +Urban Partnership Bank,    7054 S Jeffery Blvd,    Chicago, IL 60649-2095
20422645*       +Urban Partnership Bank,    7054 S Jeffery Blvd,    Chicago, IL 60649-2095
20422611       ##+Nationwide Credit & Co,    815 Commerce Dr Ste 100,    Oak Brook, IL 60523-8839
                                                                                               TOTALS: 6, * 31, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2015                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2015 at the address(es) listed below:
              Arthur   Czaja    on behalf of Debtor Richard  Watson arthur@czajalawoffices.com
              Arthur   Czaja    on behalf of Joint Debtor Carole   Watson arthur@czajalawoffices.com
              David   Brown, ESQ    on behalf of Trustee David R Brown, ESQ dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              David R Brown, ESQ     dbrown@springerbrown.com,
               dbrown@ecf.epiqsystems.com;jill@springerbrown.com;IL84@ecfcbis.com
              Francis J. Pendergast, III    on behalf of Creditor    BMO Harris Bank, NA
               fpendergast@crowleylamb.com,   ibenavides@crowleylamb.com;docket@crowleylamb.com
```

```
District/off: 0752-1          User: dwilliams          Page 3 of 3          Date Rcvd: Mar 27, 2015
                              Form ID: pdf006          Total Noticed: 41
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Maria Georgopoulos    on behalf of Creditor    Resurgent Capital Services, LP nd-three@il.cslegal.com
        Maria Georgopoulos    on behalf of Creditor    Resurgent Capital Services nd-three@il.cslegal.com
        Meredith S Fox    on behalf of Trustee David R Brown, ESQ tspringer@springerbrown.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Raymond J Ostler    on behalf of Creditor    MB Finanical Bank, NA rostler@gsgolaw.com

                                                                                                                                     TOTAL: 10

Case 13-18382    Doc 51    Filed 03/27/15    Entered 03/29/15 23:32:00    Desc Imaged
Certificate of Notice    Page 7 of 7