UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern DIVISION

| | | |
|---|---|---|
| In re: Watson, Richard | § | Case No. 13-18382 |
| | § | |
| Watson, Carole | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $424,420.38 | Assets Exempt: | $168,250.38 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $9,396.58 | Claims Discharged Without Payment: | $1,336,709.65 |
| Total Expenses of Administration: | $2,153.42 | | |

3) Total gross receipts of $11,550.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $11,550.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $243,731.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,905.00 | $2,153.42 | $2,153.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $796,371.45 | $549,734.78 | $549,734.78 | $9,396.58 |
| **TOTAL DISBURSEMENTS** | $1,040,102.45 | $551,639.78 | $551,888.20 | $11,550.00 |

4) This case was originally filed under chapter 7 on 04/30/2013. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/15/2015    By: /s/ David R. Brown
                                      Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 6742 S. Claremont, Chicago, Il 60636 - Frame, Si | 1122-000 | $3,150.00 |
| rent from 6742 S Claremont | 1122-000 | $16,800.00 |
| **TOTAL GROSS RECEIPTS** | | **$19,950.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Resurgent | 4110-000 | $60,331.00 | NA | NA | NA |
| N/F | Mb Financial Bank | 4110-000 | $65,132.00 | NA | NA | NA |
| N/F | Urban Partnership Bank | 4110-000 | $118,268.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$243,731.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | 2100-000 | NA | $1,905.00 | $1,905.00 | $1,905.00 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | NA | $6.00 | $6.00 |
| The Bank of New York Mellon | 2600-000 | NA | NA | $237.42 | $237.42 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | NA | $5.00 | $5.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $0.00 | $1,905.00 | $2,153.42 | $2,153.42 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bmo Harris Bank Na | 7100-000 | $0.00 | $549,734.78 | $549,734.78 | $9,396.58 |
| 2 | Bmo Harris Bank Na | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| N/F | Shorebank | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | BMO Harris Bank, N.A. | 7100-000 | $544,788.99 | NA | NA | $0.00 |
| N/F | Residential Credit Slt | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Shorebk | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Shorebk | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Cap One | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Residential Credit Slt | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Gecrb/Sams Club Dc | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Gecrb/Syms | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Nationwide Credit & Co | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Shorebank | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Sears/Cbna | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Shorebk | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Bank Of America, N.A. | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Oakbrookbk | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Chase | 7100-000 | $0.00 | NA | NA | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Gecrb/Ace Hardware | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Bank Of America, N.A. | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Gecrb/Empire | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Shorebk | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Residential Credit Slt | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Shorebank | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Gecrb/Jcp | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Sears/Cbna | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Rnb-Fields3 | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Fia Csna | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Shorebank | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Urban Partnership Bank | 7100-000 | $10,582.00 | NA | NA | $0.00 |
| N/F | Enhanced Recovery Company, LLC | 7100-000 | $1,326.46 | NA | NA | $0.00 |
| N/F | Nationwide Credit & Co | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Shorebk | 7100-000 | $10,582.00 | NA | NA | $0.00 |
| N/F | Nationwide Credit & Co | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Bank Of America, N.A. | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Marquette National Ban | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | THR Properties c/o Frank A. Marco | 7100-000 | NA | NA | NA | $0.00 |
| N/F | Bank Of America, N.A. | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Shorebank | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Shorebank | 7100-000 | $0.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Mb Financial Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Chase | 7100-000 | $475.00 | NA | NA | $0.00 |
| N/F | Cap One | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Resurgent | 7100-000 | $51,935.00 | NA | NA | $0.00 |
| N/F | Resurgent | 7100-000 | $42,684.00 | NA | NA | $0.00 |
| N/F | Credit First N A | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Thd/Cbna | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Chase Manhattan Mtge | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Shorebk | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Hsbc/Bsbuy | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Shorebank | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Bank Of America, N.A. | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Resurgent | 7100-000 | $55,997.00 | NA | NA | $0.00 |
| N/F | Kohls/Capone | 7100-000 | $228.00 | NA | NA | $0.00 |
| N/F | Shorebank | 7100-000 | $0.00 | NA | NA | $0.00 |
| N/F | Resurgent | 7100-000 | $77,773.00 | NA | NA | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$796,371.45** | **$549,734.78** | **$549,734.78** | **$9,396.58** |

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case No.: | 13-18382 |
|---|---|
| Case Name: | Watson, Richard |
| | Watson, Carole |
| For Period Ending: | 06/15/2015 |

| Trustee Name: | (330580) David R. Brown |
|---|---|
| Date Filed (f) or Converted (c): | 04/30/2013 (f) |
| § 341(a) Meeting Date: | 05/28/2013 |
| Claims Bar Date: | 11/19/2013 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4N064 Wood Dale Road, Addison Il 60101 - 4 Bedro<br>2 bathrooms, primary residence of the Debtors ; Property sold at judicial sale of second lien on 3/15/2013 in DuPage County Case #12-CH-002980.  Succesfful 3rd party bidder was THR Properties, represented | 220,000.00 | 20,000.00 | | 0.00 | FA |
| 2 | 6742 S. Claremont, Chicago, Il 60636 - Frame, Si<br>Real estate has numerouse building code violations, and is located in high crime area.  Unable to sell in current condition. | 50,000.00 | 0.00 | | (3,150.00) | FA |
| 3 | 2058 W. 69Th Place, Chicago, Il 60636 | 65,000.00 | 0.00 | | 0.00 | FA |
| 4 | Petty Cash | 120.00 | 0.00 | | 0.00 | FA |
| 5 | Joint Checking Of The Debtors Checking, Account | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Security Deposit For Tenants Of 6742 S. Claremon | 1,050.00 | 0.00 | | 0.00 | FA |
| 7 | One Ordinary Lot Of Misc. Used Household Goods A | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | Necessary Wearing Apparel Of The Debtors | 750.00 | 0.00 | | 0.00 | FA |
| 9 | Wedding Ring Of The Joint Debtor, Approximate Va | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | Debtor's Whole Life Insurance Policy With Northf | 1,500.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** 13-18382
**Case Name:** Watson, Richard
Watson, Carole
**For Period Ending:** 06/15/2015

**Trustee Name:** (330580) David R. Brown
**Date Filed (f) or Converted (c):** 04/30/2013 (f)
**§ 341(a) Meeting Date:** 05/28/2013
**Claims Bar Date:** 11/19/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | Richard Watson's Ira Account With Vanguard Voyag | 120,000.38 | 0.00 | | 0.00 | FA |
| 12 | Joint Debtor's Roth Ira With Pnc Bank, Account | 5,000.00 | 0.00 | | 0.00 | FA |
| 13 | Debtor's (Richard Watson) 50% Interest In S.K.R.<br>a corporation that holds 6 parcels of real estate. See Exhibit A attached hereto for further information regarding each parcel. | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Anticipated 2012 Income Tax Refund Of The Debtor<br>(Debtors have filed an extension for the filing of their 2012 income tax return and as of the date of the petition have not yet filed their 2012 income tax return), federal and state, $4,000.00 | 4,000.00 | 0.00 | | 0.00 | FA |
| 15 | 1998 Toyota Camry, Approximately 145,000 Miles | 3,000.00 | 0.00 | | 0.00 | FA |
| 16 | rent from 6742 S Claremont | Unknown | 0.00 | | 14,700.00 | FA |
| 17 | Post-Petition Interest Deposits (u) | Unknown | Unknown | | 0.00 | Unknown |
| | **Assets  Totals**  (Excluding unknown values) | **$474,420.38** | **$20,000.00** | | **$11,550.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

| | |
|---|---|
| **Case No.:** 13-18382 | **Trustee Name:** (330580) David R. Brown |
| **Case Name:** Watson, Richard | **Date Filed (f) or Converted (c):** 04/30/2013 (f) |
| Watson, Carole | **§ 341(a) Meeting Date:** 05/28/2013 |
| **For Period Ending:** 06/15/2015 | **Claims Bar Date:** 11/19/2013 |

**Major Activities Affecting Case Closing:**

Trustee is unable to sell real estate (asset #2).  Property has numerous building code violations and it is located in a dangerous part of Chicago.  Trustee will review claims and file objections thereto if necessary.  Then the Final Report will be prepared.   [MSpringer 2013-10-08 18:24:46]

**Initial Projected Date Of Final Report (TFR):**   03/11/2014          **Current Projected Date Of Final Report (TFR):**   03/15/2015

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-18382 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | Watson, Richard<br>Watson, Carole | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***0296 | Account #: | **********7478 - Checking |
| For Period Ending: | 06/15/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/07/2013 | {16} | Dubois Douglas Centres | June/July 2013 rent | 1122-000 | 2,100.00 |  | 2,100.00 |
| 09/09/2013 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 10.00 | 2,090.00 |
| 10/07/2013 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 10.00 | 2,080.00 |
| 11/07/2013 | {16} | The Dubois-Douglas Centres | rent | 1122-000 | 3,150.00 |  | 5,230.00 |
| 11/07/2013 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 10.00 | 5,220.00 |
| 12/06/2013 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 10.00 | 5,210.00 |
| 12/10/2013 | {16} | The Dubois-Douglas Centres | rent | 1122-000 | 1,050.00 |  | 6,260.00 |
| 12/10/2013 | {2} | The Dubois-Douglas Centres | rent Reversal Rent Reversal NFS Check #3738 Bounced | 1122-000 | -3,150.00 |  | 3,110.00 |
| 12/30/2013 | {16} | Dubois Douglas Centres | rent replaces NSF check | 1122-000 | 3,150.00 |  | 6,260.00 |
| 01/08/2014 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 10.00 | 6,250.00 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case No.: | 13-18382 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | Watson, Richard<br>Watson, Carole | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***0296 | Account #: | **********7478 - Checking |
| For Period Ending: | 06/15/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/13/2014 | {16} | The Dubois-Douglas Centres | rent | 1122-000 | 1,050.00 |  | 7,300.00 |
| 02/04/2014 | 1001 | INTERNATIONAL SURETIES, LTD | bond premium Reversal Voided on 02/04/2014 | 2300-000 |  | 0.00 | 7,300.00 |
| 02/04/2014 | 1001 | INTERNATIONAL SURETIES, LTD | bond premium Reversal Voided: check issued on 02/04/2014 | 2300-000 |  | 0.00 | 7,300.00 |
| 02/04/2014 | 1002 | INTERNATIONAL SURETIES, LTD | bond premium | 2300-000 |  | 5.00 | 7,295.00 |
| 02/07/2014 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 10.00 | 7,285.00 |
| 02/28/2014 | {16} | DuBois-Douglas Centres | rent replace nsf check | 1122-000 | 1,050.00 |  | 8,335.00 |
| 03/07/2014 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 10.00 | 8,325.00 |
| 03/13/2014 | {16} | The Dubois-Douglas Centres | rent Reversal returned NSF | 1122-000 | -1,050.00 |  | 7,275.00 |
| 04/07/2014 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 10.66 | 7,264.34 |
| 04/08/2014 | {16} | DuBois-Douglas Centres | rent | 1122-000 | 1,050.00 |  | 8,314.34 |

{} Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9
Page: 6

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-18382 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | Watson, Richard / Watson, Carole | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***0296 | Account #: | **********7478 - Checking |
| For Period Ending: | 06/15/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 11.51 | 8,302.83 |
| 05/20/2014 | {16} | DuBois-Douglas Centres | rent | 1122-000 | 1,050.00 | | 9,352.83 |
| 06/06/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 12.85 | 9,339.98 |
| 07/08/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 13.44 | 9,326.54 |
| 07/24/2014 | {16} | Dubois-Douglas Centres | rent | 1129-000 | 1,050.00 | | 10,376.54 |
| 08/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 14.07 | 10,362.47 |
| 09/08/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.41 | 10,347.06 |
| 10/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 14.89 | 10,332.17 |
| 11/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.36 | 10,316.81 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9
Page: 7

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-18382 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | Watson, Richard<br>Watson, Carole | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***0296 | Account #: | **********7478 - Checking |
| For Period Ending: | 06/15/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/05/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 14.84 | 10,301.97 |
| 01/08/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.31 | 10,286.66 |
| 02/06/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.29 | 10,271.37 |
| 02/11/2015 | 1003 | ARTHUR B. LEVINE COMPANY | bond No. 10BSBGR6291 | 2300-000 | | 6.00 | 10,265.37 |
| 02/27/2015 | {16} | DuBois-Douglas Centres | rent | 1122-000 | 1,050.00 | | 11,315.37 |
| 03/06/2015 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 13.79 | 11,301.58 |
| 04/17/2015 | | The Bank of New York Mellon | Transfer to Rabobank, N.A. | 9999-000 | | 11,301.58 | 0.00 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 8

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-18382 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | Watson, Richard<br>Watson, Carole | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***0296 | Account #: | **********7478 - Checking |
| For Period Ending: | 06/15/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | COLUMN TOTALS | | 11,550.00 | 11,550.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 11,301.58 | |
| | | | **Subtotal** | | 11,550.00 | 248.42 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,550.00** | **$248.42** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                                      ! - transaction has not been cleared

Exhibit 9
Page: 9

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-18382 | Trustee Name: | David R. Brown (330580) |
| --- | --- | --- | --- |
| Case Name: | Watson, Richard<br>Watson, Carole | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0296 | Account #: | ******1366 - Checking |
| For Period Ending: | 06/15/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/17/2015 |  | Rabobank, N.A. | Transfer from The Bank of New York Mellon | 9999-000 | 11,301.58 |  | 11,301.58 |
| 04/30/2015 | 10101 | DAVID R. BROWN | Dividend paid 100.00% on $1,905.00 \| Claim # FEE \| Filed: $1,905.00 | 2100-000 |  | 1,905.00 | 9,396.58 |
| 04/30/2015 | 10102 | Bmo Harris Bank Na | Dividend paid 1.71% on $549,734.78 \| Claim # 1 \| Filed: $549,734.78 | 7100-000 |  | 9,396.58 | 0.00 |
|  |  |  | **COLUMN TOTALS** |  | 11,301.58 | 11,301.58 | $0.00 |
|  |  |  | Less: Bank Transfers/CDs |  | 11,301.58 | 0.00 |  |
|  |  |  | **Subtotal** |  | 0.00 | 11,301.58 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | $0.00 | $11,301.58 |  |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9

Page: 10

## Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 13-18382 | **Trustee Name:** | David R. Brown (330580) |
| **Case Name:** | Watson, Richard<br>Watson, Carole | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | \*\*-\*\*\*0296 | **Account #:** | \*\*\*\*\*\*1366 - Checking |
| **For Period Ending:** | 06/15/2015 | **Blanket Bond (per case limit):** | $77,173,558.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| \*\*\*\*\*\*\*\*\*\*7478 - Checking | $11,550.00 | $248.42 | $0.00 |
| \*\*\*\*\*\*1366 - Checking | $0.00 | $11,301.58 | $0.00 |
| | **$11,550.00** | **$11,550.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)